# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff.　　　　　　　　　Civil 07-4575 (PAM/JSM)

v.

Aki Labayki, et al.　　　　　　　　**ORDER FOR DISMISSAL WITH PREJUDICE**

        Defendants.

_____

Based upon the Stipulation for Dismissal with Prejudice by all the parties,

**IT IS ORDERED** that the above-entitled matter is hereby dismissed, with prejudice, and without attorneys fees, costs or disbursements being assessed or charged to any party.

Dated: August __10__ , 2009

                                            s/Paul A. Magnuson
                                            Paul A. Magnuson, Judge
                                            United States District Court